**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

MAY 26 2022

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

MIGUEL TORRES,

No.    21-15412

Plaintiff-Appellant,

D.C. No. 1:18-cv-00188-NONE-SAB

v.

ISMAIL PATEL, Dr. at KVSP; W. ULIT, Dr. at KVSP; MARTA SPAETH, CP&S; MANASRAH, R.N.; B. JOHN; UPPAL; S. SERDA; SPECIAL APPEARANCE,

MEMORANDUM[*]

Defendants-Appellees.

---

Appeal from the United States District Court
for the Eastern District of California
Dale A. Drozd, District Judge, Presiding

Submitted May 17, 2022[**]

Before:      CANBY, TASHIMA, and NGUYEN, Circuit Judges.

California state prisoner Miguel Torres appeals pro se from the district

court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate

indifference to his serious medical needs.  We have jurisdiction under 28 U.S.C.

---

        [*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

        [**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 1291. We review de novo. *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004). We affirm.

The district court properly granted summary judgment because Torres failed to raise a genuine dispute of material fact as to whether defendant Patel was deliberately indifferent to his hypertension. *See id.* at 1057-60 (explaining that a prison official is deliberately indifferent only if he or she knows of and disregards an excessive risk to inmate health; medical malpractice, negligence, or a difference of opinion concerning the course of treatment does not amount to deliberate indifference).

We do not consider matters not specifically and distinctly raised and argued in the opening brief, or arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**